**O**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRO MARTINEZ, | ) | CASE NO. CV 06-05162 CAS (RZ) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| vs. | ) ) | |
| CHRIS CHRONES, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of ALEJANDRO MARTINEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 22, 2009

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE